UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-23960-CIV-BB

MARIYAH MAPLE,

    Plaintiff,

vs.

CITY OF MIAMI BEACH, et al.,

    Defendants.
_____/

**DEFENDANT CITY OF MIAMI BEACH'S LOCAL RULE 7.8 RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY [ECF NO. 62]**

Plaintiff's cases are ones where (1) the local government's final policymaker committed the unconstitutional act or (2) official policy was facially unconstitutional. In *Pembaur v. City of Cincinnati*, 475 U.S. 469, 471–85 (1986), Ohio law authorized the County Sheriff to obtain instructions from the County Prosecutor; when the prosecutor instructed deputy sheriffs to break down a subpoena recipient's door with an axe, violating the Fourth Amendment, the prosecutor was acting as the final decisionmaker for the county, so *Monell* liability could apply. In *Holloman ex rel. Holloman v. Harland*, 370 F.3d 1252, 1290 (11th Cir. 2004), the School Board's official directive required each school system to mandate recitation of the Pledge of Allegiance, rather than making recitation voluntary; the directive facially compelled speech, violating the First Amendment. In *Hardrick v. City of Detroit, Michigan*, 876 F.3d 238, 244–47 (6th Cir. 2017), a facially unconstitutional dog-catching ordinance directly caused the unconstitutional searches and seizures.

None of these cases apply where an ordinance is facially constitutional but was, allegedly, unconstitutionally applied by subordinate officers (i.e., not a final policymaker) on a single occasion. The City's cited authorities do. *See* [ECF No. 46] at 17–19; [ECF No. 57] at 10.

RAFAEL A. PAZ, CITY ATTORNEY
CITY OF MIAMI BEACH
1700 CONVENTION CENTER DRIVE
4TH FLOOR-LEGAL DEPARTMENT
MIAMI BEACH, FLORIDA 33139
TEL: (305) 673-7470
FAX: (305) 673-7002

By: /s/*Henry J. Hunnefeld*
HENRY J. HUNNEFELD
First Assistant City Attorney
henryhunnefeld@miamibeachfl.gov
Florida Bar No. 343811

By: /s/*Freddi Mack*
FREDDI MACK
Senior Assistant City Attorney
freddimack@miamibeachfl.gov
Florida Bar No. 111623

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which in turn will automatically generate a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system.

/s/*Freddi Mack*