UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 21-cv-23960-Bloom/Otazo-Reyes

MARIYAH MAPLE,

    Plaintiff,
v.

CITY OF MIAMI BEACH, *et al.*,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT SERGEANT JOSE DANIEL PEREZ (#1088)**

Plaintiff, Mariyah Maple, by and through undersigned counsel, hereby files this Motion for Entry of Clerk's Default against Defendant Sergeant Jose Daniel Perez (#1088). In support thereof states as follows:

1. Plaintiff filed the instant action on November 9, 2021. ECF 1.

2. Plaintiff filed the Third Amended Complaint and added Defendant Sergeant Jose Daniel Perez (#1088) on December 5, 2022. ECF 43.

3. Plaintiff obtained service on Defendant Sergeant Jose Daniel Perez (#1088) on January 18, 2023. ECF 58-4.

4. To date, Defendant Sergeant Jose Daniel Perez has not filed an Answer or any type of responsive pleading with the Court although it was required to do so. The time has passed for a responsive pleading.

5. Defendant Sergeant Jose Daniel Perez has not requested an extension of time.

WHEREFORE, Plaintiff respectfully requests the Clerk of Court to enter a default against Defendant Sergeant Jose Daniel Perez for his failure to timely file an Answer or responsive pleading in this action.

Date: February 14, 2023,    Respectfully submitted,

/s/ Sam Thypin-Bermeo
Sam Thypin-Bermeo, Esq.
Florida Bar No. 1019777
Thypin Bermeo PLLC
25 S.E. 2nd Ave., Suite 1105, Miami, FL 33131
Telephone: (786) 665-8827
Sam@ThypinBermeo.com
Chad Piotrowski
Florida Bar No. 33507
Law Offices of Chad Piotrowski, P.A.
169 E. Flagler St., Suite 1600, Miami, FL 33131
Telephone: (305) 204-5000
chad@cplaw-miami.com
*Attorneys for Mariyah Maple*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 14, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/ Sam Thypin-Bermeo
Sam Thypin-Bermeo, Esq.
Florida Bar No. 1019777
Thypin Bermeo PLLC
25 S.E. 2nd Ave., Suite 1105, Miami, FL 33131
Telephone: (786) 665-8827
Sam@ThypinBermeo.com
Chad Piotrowski
Florida Bar No. 33507
Law Offices of Chad Piotrowski, P.A.
169 E. Flagler St., Suite 1600, Miami, FL 33131
Telephone: (305) 204-5000
chad@cplaw-miami.com
*Attorneys for Mariyah Maple*

## SERVICE LIST

**Jose Daniel Perez**

8755 SW 208TH ST.
CUTLER BAY,
FL 33189-3435

VIA Certified U.S. Mail