IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-23960--JLK

**MARIYAH MAPLE,**

    Plaintiff,

NOTICE OF SETTLEMENT

v.

**CITY OF MIAMI BEACH, V. STELLA, #1065, J. BERCIAN, #2062, K. BRYANT, #2098,** Miami Beach Police Officers, individually,

    Defendants.

_____/

**PLEASE TAKE NOTICE** that this full-day mediation ended in a settlement:

MEDIATOR:    STANFORD BLAKE

LOCATION:    Law Offices of Chad Piotrowski
    169 E. Flagler Street
    Suite 1600
    Miami, FL 33131

DATE:    TUESDAY, MARCH 28, 2023

TIME:    10:00 AM

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on the 28th day of March 2023 via email to

| | |
|---|---|
| Sam Nathaniel Thypin-Bermeo, Esq.<br>Thypin Bermeo PLLC<br>3390 Mary St Ste 111<br>Coconut Grove, FL 33133<br>(786) 665-8827<br>Email: sam@ThypinBermeo.com<br><br>*Counsel for Plaintiff* | Chad Piotrowski, Esq.<br>Law Offices of Chad Piotrowski<br>169 E. Flagler Street<br>Suite 1600<br>Miami, FL 33131<br>305-204-5000<br>Fax: 305-204-6000<br>Email: chad@cplaw-miami.com<br><br>*Co-Counsel for the Plaintiff* |

| | |
|---|---|
| Robert L. Switkes, Esq. <br> Bradley Francis Zappala, Esq. <br> bzappala@switkeslaw.com <br> Switkes & Zappala, P.A. <br> 407 Lincoln Road <br> Penthouse SE <br> Miami Beach, FL 33139 <br> 305-534-4757 <br> Fax: 305-538-5504 <br> Email: rswitkes@switkeslaw.com <br><br> Counsel for Defendants/ V. Stella, J. Bercian, K. Bryant | Freddi Rebecca Mack, Esq. <br> City Attorney's Office of Miami Beach <br> 1700 Convention Center Drive <br> Miami Beach, FL 33139 <br> 305-673-7470 <br> Fax: 305-673-7002 <br> Email: freddimack@miamibeachfl.gov <br> Henry Joseph Hunnefeld, Esq. <br> Email: henryhunnefeld@miamibeachfl.gov <br><br> Counsel for Defendant/ City of Miami Beach |

Respectfully submitted,

_____
STANFORD BLAKE, MEDIATOR
2 GROVE ISLE DRIVE #203
MIAMI, FL 33133
Tel: (305) 890-6331
Email: stan@stanfordblakemediation.com